NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JANICE R. SMETS,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

and

**DEPARTMENT OF THE NAVY,**
*Intervenor.*

---

2011-3018

---

Petition for review of the Merit Systems Protection Board in case no. SF1221090607-W-1.

---

## ON MOTION

---

## O R D E R

Upon consideration of the motions to reform the official caption to designate the Merit Systems Protection Board as the respondent and to permit the Department of the Navy to intervene,

IT IS ORDERED THAT:

(1) The motions are granted. The revised official caption is reflected above.

(2) The Department of the Navy and the Board should calculate their brief due dates from the date of filing of this order.

FOR THE COURT

__JAN 2 8 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Janice R. Smets
    K. Elizabeth Witwer, Esq.
    Jeffrey Gauger, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 8 2011

JAN HORBALY
CLERK